# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF IOWA

## Sealed Petition for Warrant for Defendant Under Pretrial Supervision

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Jacob C. Greer | **Case Number:** | 4:16-cr-00070-001 |

**Name of Judicial Officer:** Celeste Bremer, Chief U.S. Magistrate Judge

**Charge:** Title 18 U.S.C. § 2252(a)(2), 2252(b)(1), and 2256 – Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct

**Placed on Bond:** April 29, 2016

**Type of Bond:** Personal Recognizance

**Trial Date:** September 6, 2016

| | | | |
|---|---|---|---|
| **Assistant U. S. Attorney:** | Craig P. Gaumer | **Defense Attorney:** | Timothy S. Ross-Boon |

## PETITIONING THE COURT

To issue a warrant

## CASE SUMMARY

On April 29, 2016, the defendant was released to bond with pretrial supervision. He currently resides with his grandmother in Des Moines, Iowa. He is employed at NPI Security in Urbandale, Iowa, and continues to work overnight in this capacity. This is his first known violation.

The Probation Office believes the defendant has violated the following condition of Pretrial supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Failure to Comply with Location Monitoring | a) On May 31, 2016, the Probation Office received a location monitoring alert from the defendant's Global Positioning Satellite (GPS) device, that it had been removed. The Probation office attempted to contact Mr. Greer through a variety of methods with no results. |

## U. S. Probation Officer Recommendation:

The term of Pretrial supervision should be:

Revoked

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2016

_____
Chandlor G. Collins
Senior U.S. Probation Officer
Date: May 31, 2016

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

AUSA: Johe E. Beamer    Signature: _____

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons, so that a hearing can be held on _____ at _____.

☐ Other: _____

_____
**Signature of Judicial Officer**

5-31-16
**Date**