AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jacob C. Greer | ) | Case No. 4-16-cr-00070 |
| | ) | |
| Defendant | ) | |

RECEIVED 2016 MAY 31 AM 11:31 U.S. MARSHALS SERVICE Southern District of Iowa

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jacob C. Greer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violation of pretrial supervision.

Date: 05/31/2016

City and state: Des Moines, Iowa

WARRANT ISSUED

MARJORIE E. KRAHN, Clerk

By: _____
DEPUTY CLERK
*Printed name and title*

**Return**

| This warrant was received on *(date)* 5/31/2016, and the person was arrested on *(date)* 4/4/2022 |
| at *(city and state)* SPANAWAY, WA. |

Date: 4/5/2022

_____
*Arresting officer's signature*

Logan Kline    SDUSM
*Printed name and title*